FILED: June 14, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-1740
(3:16-cv-00044-NKM-JCH)

_____

DAMIAN STINNIE, Individually, and on behalf of all others similarly situated; DEMETRICE MOORE, Individually, and on behalf of all others similarly situated; ROBERT TAYLOR, Individually, and on behalf of all others similarly situated; NEIL RUSSO, Individually, and on behalf of all others similarly situated

        Plaintiffs - Appellants

v.

RICHARD D. HOLCOMB, in his official capacity as the Commissioner of the Virginia Department of Motor Vehicles

        Defendant - Appellee

------------------------------

THE INSTITUTE FOR JUSTICE; LAW PROFESSORS; VIRGINIA STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; ALABAMA APPLESEED CENTER FOR LAW AND JUSTICE; AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF VIRGINIA; CENTER FOR CIVIL JUSTICE; CENTER FOR JUSTICE; COLORADO CENTER ON LAW AND POLICY; EQUAL JUSTICE UNDER LAW; FLORIDA LEGAL SERVICES, INC.; KANSAS APPLESEED CENTER FOR LAW AND JUSTICE; LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW; MISSISSIPPI CENTER FOR JUSTICE; NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE; NORTH CAROLINA

JUSTICE CENTER; PUBLIC JUSTICE CENTER; SOUTH CAROLINA APPLESEED CENTER FOR LAW AND JUSTICE; TEXAS APPLESEED; TZEDEK DC; WASHINGTON LAWYERS' COMMITTEE OF CIVIL RIGHTS AND URBAN AFFAIRS; WESTERN CENTER OR LAW & POVERTY

Amici Supporting Appellant

_____

M A N D A T E
_____

The judgment of this court, entered May 23, 2018, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*